IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS E. KELLOGG,<br><br>    Plaintiff,<br> v.<br>STATE OF CALIFORNIA,<br>    Defendant. | No. C 10-05802 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

     Plaintiff, a former state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. After being released from prison on January 17, 2011, he had informed the Court that his new address was 3500 Data Drive, #233, Rancho Cordova, California 95670. (Pl.'s Letter dated Jan. 20, 2011 at 1.) However, on March 7, 2011, mail directed to Plaintiff at that address was returned to the Clerk of the Court with the notation "ATTEMPTED, NOT KNOWN." It appears that delivery was attempted, but Plaintiff was not known at that address. To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

     Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

     More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as not deliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Court has rendered its final decision on this matter, therefore, this Order TERMINATES Plaintiff's case.

     IT IS SO ORDERED.

DATED:  5/10/11                         *Saundra B Armstrong*
                                               SAUNDRA BROWN ARMSTRONG
                                               United States District Judge

G:\PRO-SE\SBA\CR.10\Kellogg5802.Diss-3-11.wpd

||||
|---|---|---|
| 1 | | |
| 2 | UNITED STATES DISTRICT COURT | |
| 3 | FOR THE | |
| 4 | NORTHERN DISTRICT OF CALIFORNIA | |
| 5 | | |
| 6 | | |
| 7 | DENNIS E KELLOGG, | Case Number: CV10-05802 SBA |
| 8 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 9 | v. | |
| 10 | STATE OF CALIFORNIA et al, | |
| 11 | Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dennis E. Kellogg
3500 Data Dr.
#233
Rancho Cordova, CA 95670

Dated: May 13, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.10\Kellogg5802.Diss-3-11.wpd

**United States District Court**
For the Northern District of California